**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
JAMES PETTUS,

                Plaintiff,

-against-                            25 **CIVIL** 5087 (LLS)

**JUDGMENT**

COLETTE THOMPSON, et al.,

                Defendants.
-----------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated July 21, 2025, the Court has dismissed this action without prejudice due to Plaintiff's failure to comply with the court's February 4, 2005 judgment in Pettus, 1:05-CV-1439, 5. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from the order would not be taken in good faith and, therefore, IFP status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

**Dated:** New York, New York

       July 22, 2025

                                                      **TAMMI M. HELLWIG**
                                                      _____
                                                          **Clerk of Court**

                               **BY:**      *K. Mango*
                                                         _____
                                                           **Deputy Clerk**